1 Joseph Antonelli, Esq. (SBN 137039)
Janelle Carney, Esq. (SBN 201570)
2 Jason Hatcher, Esq. (SBN 285481)
**LAW OFFICE OF JOSEPH ANTONELLI**
3 14758 Pipeline Ave, Suite E, 2nd Floor
Chino Hills, CA 91709
4 Tel.: (909) 393-0223 / Fax: (909) 393-0471
Email:  JAntonelli@antonellilaw.com;
5          JCarney@antonellilaw.com
           JHatcher@antonellilaw.com
6
7 Daniel A. Conforti, Esq. (SBN 180080)
Dan@cocalaw.com
8 Michael J. Carras, Esq. (SBN 244331)
Mike@cocalaw.com
9 **CONFORTI & CARRAS, APC**
151 N. Kraemer Blvd., Suite 204
10 Placentia, CA 92870
Tel: (714) 577-1071/ Fax: (714) 577-0711
11
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| BRYAN SHIOSAKA, an individual, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 50<br><br>    Defendants | **Case No.: CV 12 1268-CAS (CWx)**<br><br>Honorable Christina A. Snyder<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: December 23, 2011 |

---

**NOTICE OF CONDITIONAL SETTLEMENT**

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE pursuant to L.R. 16-15.7, the parties have reached a tentative settlement that would dispose of this case, subject to Court approval. The parties are working out the terms of the agreement that was reached after a full day mediation session with a respected class action wage and hour Mediator, Barry Winograd, Esq. on April 11, 2013.

The initial complaint was filed in the Los Angeles Superior court on December 23, 2011. After plaintiff filed in state court the defendant's removed to United States District Court. Thereafter, the parties served various discovery requests and informally exchanged information to participate in the mediation. The terms of the settlement are currently being memorialized. The parties hope to file a motion for preliminary approval to be heard by May 31, 2013.

Dated: April 12, 2013

LAW OFFICE OF JOSEPH ANTONELLI
CONFORTI & CARRAS, APC

By: _____
Joseph Antonelli, Attorney for Plaintiff

1

**NOTICE OF SETTLEMENT**