Joseph Antonelli, Esq. (SBN 137039)
JAntonelli@antonellilaw.com
Janelle Carney, Esq. (SBN 201570)
JCarney@antonellilaw.com
Jason Hatcher, Esq. (SBN 285481)
JHatcher@antonellilaw.com
**LAW OFFICE OF JOSEPH ANTONELLI**
14758 Pipeline Ave, Suite E, 2nd Floor
Chino Hills, CA 91709
Tel.: (909) 393-0223 / Fax: (909) 393-0471

Daniel A. Conforti, Esq. (SBN 180080)
Dan@cocalaw.com
Michael J. Carras, Esq. (SBN 244331)
Mike@cocalaw.com
**CONFORTI & CARRAS, APC**
151 N. Kraemer Blvd., Suite 204
Placentia, CA 92870
Tel:  (714) 577-1071/ Fax: (714) 577-0711

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| BRYAN SHIOSAKA, an individual, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 50<br><br>            Defendants | **Case No.: CV 12 1268-CAS (CWx)**<br><br>Honorable Christina A. Snyder<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHAEL J. CARRAS IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    July 1, 2013<br>Time:   10:00 a.m.<br>Dept.:   5<br><br>Action Filed:  December 23, 2011 |

## DECLARATION OF MICHAEL J. CARRAS

I, Michael J. Carras, declare:

I am an attorney duly licensed to practice law before all California Courts, the United States District Court, Central and Southern Districts.  I am a principle in Conforti & Carras, A Professional Law Corporation.  If called to testify I would competently testify as to the following facts from my own personal knowledge.

1) Prior to practicing law I was employed as State of California Deputy Labor Commissioner.  The State Labor Commissioner is responsible for enforcing California's wage and hours laws through investigation and administrative hearings/proceedings.   In that capacity I presided over 3,500 investigations/proceedings to determine violations of California's wage and hour laws.  Following my employment with the Labor Commissioner I consulted on wage and hour matters.  In that capacity I conducted over 30 training seminars for trade associations educating attendees on wage and hour matters, authored over 40 trade publications on wage and hour matters and worked as an expert witness on numerous wage an hour matters.

2) In 2006 I was admitted to the California State Bar.   Immediately thereafter I became a partner with Coughlin & Conforti, a firm that focused on class action wage and hour matters.    In 2009, Daniel Conforti and I formed Conforti & Carras, APC.   We continue to represent clients in complex wage and hour class action matters in addition to other litigation matters before both State and Federal Courts.

3) In addition to the hundreds of litigation matters I have handled, I have been counsel in 19 class action matters:

  i Urga v. Redlands Community Hospital (San Bernardino County Superior Court, Case No. SVC SS123769)

  i Sanchez v. Body of Change (Orange County Superior Court, Case No.

03CC00267)

i   Bartlett v. Sam' Club  (Santa Barbara County Superior Court, Case No. 1126312)

i   Martinez v. Safe-Guard Products (San Bernardino County Superior Court, Case No. SCVSS 144244.)

i   Falck v. Tenet Healthcare (U.S. District Court, Central District of California, Case No. CV 06-04709-MMM.)

i   Kaldenbach v. United of Ohama Life Insurance Company (Orange County Superior Court, Case No. 04CC00114)

i   King v. HASC (Los Angeles County Superior Court, Case No. BC360399)

i   Contreras v. Pomona Valley Hospital Medical Center (Los Angeles County Superior Court, Case No. BC351095)

i   Pagaduan v. Tenet Health Care (Los Angeles Superior Court, Case No. BC315897, Judicial Counsel Coordinate Proceeding No. 4377)

i   Falck v. AHMC (Los Angeles County Superior Court, Case No. BC346944)

i   Parth v. Pomona Valley Hospital (U.S. District Court, Central District Court of California, Case No. CV 06-4703-MMM)

i   Rodriguez v. San Antiono Community Hospital (San Bernardino County Superior Court, Case No. RCV 087987)

i   Williams v. Costco Wholesale (U.S. District Court , Southern District of California, Case No. 02CV2003)

i   Laster v. Tam's Bar & Grill (Los Angeles County Superior Court, Case No. BC411429)

i   Lomeli v. Cylinder Enterprises (Los Angeles County Superior Court, Case No. BC413988)

i   Morales v. LA CADA (Los Angeles County Superior Court, Case No. BC473926)

i   Preciado v. Adriana's Insurance Services, Inc.  (Los Angeles County Superior Court, Case No. BC400171)

i   Shiosaka v. State Farm (U.S. District Court, Central District of California, Case No. CV12-1268 CAS)

i   Maximo v. Aspen Contracting California, LLC (San Bernardino County Superior Court, Case No. pending.)

4)   The above matters include both prosecution and defense work.  As to class action prosecution matters, between cases that have settled and gone to trial these cases represent actual recoveries in excess of $120 million dollars and 30,000 client/plaintiffs.

Executed this 18 day of April, 2013 under penalty of perjury at Placentia, California.

_____
Michael J. Carras

Declaration of Michael J. Carras