Joseph Antonelli, Esq. (SBN 137039)
JAntonelli@antonellilaw.com
Janelle Carney, Esq. (SBN 201570)
JCarney@antonellilaw.comJason Hatcher, Esq. (SBN 285481)
JHatcher@antonellilaw.com
**LAW OFFICE OF JOSEPH ANTONELLI**
14758 Pipeline Ave, Suite E, 2nd Floor
Chino Hills, CA 91709
Tel.: (909) 393-0223 / Fax: (909) 393-0471

Attorneys for Plaintiffs

Douglas R. Hart (SBN 115673)
dhart@sidley.com
Geoffrey D. DeBoskey (SBN 211557)
gdeboskey@sidley.com
Sheryl K. Horwitz (SBN 229115)
shorwitz@sidley.com
**SIDLEY AUSTIN LLP**
555 West Fifth Street
Los Angeles, California 90013-1010
Tel.:: (213) 896-6000 / Fax: (213) 896-6600

Attorneys For Defendant
STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (WESTERN DIVISION – LOS ANGELES)

| | |
|---|---|
| BRYAN SHIOSAKA, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 50<br><br>Defendants | **Case No.: CV 12 1268-CAS (CWx)**<br><br>Honorable Christina A. Snyder<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT NOTICE TO THE COURT OF A TEN (10) DAY CONTINUANCE OF THE FIRST MAILING OF CLASS NOTICE AND CLAIMS FORMS**<br><br>Action Filed: December 23, 2011 |

TO THE HONORABLE COURT:

1    PLEASE TAKE NOTICE that on July 1, 2013, the Court preliminarily
2  approved the class action settlement in this matter. Based on the timeline set forth in
3  the settlement agreement, the first mailing to the class of the notice and claims forms
4  was scheduled to occur on August 6, 2013. At Defendant's request, and at no fault of
5  Plaintiff's Counsel or the Claims Administrator, and with no intent to delay the
6  settlement in any way, the parties agreed to delay the First Mailing of Notice for ten
7  (10) days, to August 16, 2013. Because the Fairness Hearing date is set for November
8  4, 2013, which is more than the required 30 days after the deadline to postmark
9  Claims Forms/Objections and/or Opt-Out under the Order, the new date for the First
10 Mailing of Notice will not affect the date set for the Fairness Hearing.

11 Dated: August 7, 2013              LAW OFFICE OF JOSEPH ANTONELLI
12                                    CONFORTI & CARRAS, APC
13
                                       *Janelle Carney*
14                                    _____
15                                    Joseph Antonelli
                                      Janelle Carney
16                                    Attorney for the Plaintiffs
17

18 Dated: August 7, 2013              SIDLEY AUSTIN LLP
19
                                       *Sheryl K. Horwitz*
20                                    _____
21                                    Douglas R. Hart
                                      Geoffrey D. DeBoskey
22                                    Sheryl K. Horwitz
                                      Attorney for State Farm
23

JOINT NOTICE TO THE COURT OF A TEN (10) DAY CONTINUANCE OF THE FIRST MAILING OF CLASS
NOTICE AND CLAIMS FORMS ASSOCIATED WITH SETTLEMENT